1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

FILED

2001 SEP 20  A 9:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) CR 07 00598 JF HRL
          Plaintiff,       )
                           ) VIOLATION: 8 U.S.C. § 1326 -
     v.                    ) Illegal Re-entry Following Deportation
                           )
EVERARDO VALENZUELA-RUIZ,  )
                           ) SAN JOSE VENUE
          Defendant.       )
_____)

INFORMATION

The United States Attorney charges:

On or about May 23, 2007, the defendant

EVERARDO VALENZUELA-RUIZ,

an alien, previously having been arrested and deported from the United States on or about February 10, 1989, March 9, 1993, August 17, 1994, March 10, 1999, October 5, 2001, August 25, 2003 and July 22, 2006, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the defendant for admission into the

//

INFORMATION

1  United States, in violation of Title 8, United States Code, § 1326.

2

3  DATED:

                        SCOTT N. SCHOOLS
4                         United States Attorney

5

6

                        DAVID R. CALLAWAY
7                         Deputy Chief, San Jose Branch

8

9  Approved as to form: _____
                        SAUSA Benjamin Kennedy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                        2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

8 USC § 1326 - Illegal Re-entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

FILED
2007 SEP 20 A 9:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

--- DEFENDANT - U.S. ---

▶ EVERARDO VALENZUELA-RUIZ

DISTRICT COURT NUMBER

CR 07 00598 JF   HRL

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

S/A Tim Purdy - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70517PVT

Name and Office of Person Furnishing Information on THIS FORM     **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **BENJAMIN KENNEDY**

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed  Month/Day/Year

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: