# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, October 10, 2007
**Case Number:** CR-07-00598-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. EVERARDO VALENZUELA-RUIZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Everardo Valenzuela-Ruiz |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Jay Rorty |

---

PROCEEDINGS:

   Status review held. Counsel, Spanish interpreter Anna-Marie Klimkova and defendant are present. Continued to 10/24/07 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.