1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                           SAN JOSE DIVISION
13

| 14 | UNITED STATES OF AMERICA, | ) | No. CR 07-00595 JF |
|---|---|---|---|
| 15 | Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
| 16 | v. | ) | OCTOBER 24, 2007 TO DECEMBER 5, 2007 FROM THE SPEEDY TRIAL ACT |
| 17 | OSIEL VERGARA-PEREZ, | ) | CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| 18 | Defendant. | ) | |
| 19 | | ) | |

20

21     The parties stipulate that the time between October 24, 2007 and December 5, 2007 is

22  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23  requested continuance would unreasonably deny defense counsel reasonable time necessary for

24  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25  that the ends of justice served by granting the requested continuance outweigh the best interest of

26  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28  //

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: October 24, 2007         SCOTT N. SCHOOLS
                                   United States Attorney

                                   ___/s/_____
                                   BENJAMIN T. KENNEDY
                                   Assistant United States Attorney


                                   ___/s/_____
                                   JAY RORTY
                                   Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 24, 2007 and December 5, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:                                                    _____
                                                                    JEREMY FOGEL
                                                                    UNITED STATES DISTRICT JUDGE