## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 24, 2007
**Case Number:** CR-07-00598-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. EVERARDO VALENZUELA-RUIZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Everardo Valenzuela-Ruiz |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Jay Rorty |

---

PROCEEDINGS:

   Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 12/5/07 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.