UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, December 5, 2007
**Case Number:** CR-07-00598-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

TITLE:    UNITED STATES OF AMERICA V. EVERARDO VALENZUELA-RUIZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Everardo Valenzuela-Ruiz |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 1/16/08 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.