1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VALENZUELA-RUIZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00598 JF |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| vs. | ) | |
| | ) | |
| EVERARDO VALENZUELA-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16      The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

17  Everardo Valenzuela-Ruiz.  Pursuant to General Order 45 of the Local Rules, Assistant Federal

18  Public Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Mr.

19  Valenzuela-Ruiz.  Mr. Araujo will be replacing Assistant Federal Public Defender Jay Rorty as

20  counsel of record.  Counsel's contact information is listed above.

21
    Dated: January 16, 2008
22                                       Respectfully submitted,

23                                       BARRY J. PORTMAN
                                         Federal Public Defender
24                                              /S/

25                                       MANUEL U. ARAUJO
                                         Assistant Federal Public Defender
26