**E-filed 1/24/08**

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-5059
  Facsimile:  (408) 535-5066
  Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>   v. )<br>EVERARDO VALENZUELA-RUIZ, )<br>       Defendant. )<br>_____ ) | No.   CR 07-00598 JF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>JANUARY 16, 2008 TO FEBRUARY 20,<br>2008 FROM THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A)) |

    The parties stipulate that the time between January 16, 2008 and February 20, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

//

18 U.S.C. § 3161(h)(8)(A).

DATED: January 16, 2008        JOSEPH P. RUSSONIELLO
                               United States Attorney


                                      /s/
                               _____
                               BENJAMIN T. KENNEDY
                               Assistant United States Attorney


                                      /s/
                               _____
                               MANUEL ARAUJO
                               Assistant Federal Public Defender

1  **ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3  ORDERS that the time between January 16, 2008 and February 20, 2008 is excluded under the
4  Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the failure to grant the requested
5  continuance would unreasonably deny defense counsel reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
7  the ends of justice served by granting the requested continuance outweigh the best interest of the
8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.
10 § 3161(h)(8)(A).

11
12 IT IS SO ORDERED.
13 DATED:   1/24/08
14 JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE