UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>V.<br>EVERARDO VALENZUELA-RUIZ,<br>            Defendant. | Case Number CR-07-00598-JF<br><br>Status Hearing<br><br>February 27, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Status hearing set on February 20, 2008 is continued to February 27, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

February 15, 2008                     For the Court
                                      Richard W. Wieking, Clerk


                                      By:   /s/
                                      Diana Munz
                                      Courtroom Deputy Clerk