UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, March 26, 2008
**Case Number:** CR-07-00598-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. EVERARDO VALENZUELA-RUIZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Everardo Valenzuela-Ruiz |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Manuel Araujo |

---

PROCEEDINGS:

   Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 4/2/08 at 9:00 a.m. for further status review. 7 days are excluded for the reasons stated.