1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
6    150 Almaden Boulevard
     San Jose, California 95113
7    Telephone: (408) 535-5059
     Facsimile:  (408) 535-5066
8    Email: benjamin.t.kennedy@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,        ) No.   CR 07-00598 JF
   |                                  )
15 |      Plaintiff,                  ) STIPULATION AND [PROPOSED]
   |                                  ) ORDER EXCLUDING TIME FROM
16 | v.                               ) MARCH 26, 2008 TO APRIL 2, 2008
   |                                  ) FROM THE SPEEDY TRIAL ACT
17 | EVERARDO VALENZUELA-RUIZ,        ) CALCULATION (18 U.S.C. §
   |                                  ) 3161(h)(8)(A))
18 |      Defendant.                  )
   |                                  )
19 |_____    )

20

21     The parties stipulate that the time between March 26, 2008 and April 2, 2008 is excluded
22 under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested
23 continuance would unreasonably deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the
25 ends of justice served by granting the requested continuance outweigh the best interest of the
26 public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.
27
28 //

1

18 U.S.C. § 3161(h)(8)(A).

DATED: March 26, 2008          JOSEPH P. RUSSONIELLO
                               United States Attorney


                               _____/s/_____
                               BENJAMIN T. KENNEDY
                               Assistant United States Attorney


                               _____/s/_____
                               MANUEL ARAUJO
                               Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 26, 2008 and April 2, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED:                                          _____
                                                JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE