1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
6     150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        ) No.   CR 07-00595 JF
                                      )
15 |      Plaintiff,                  ) STIPULATION AND [PROPOSED]
                                      ) ORDER EXCLUDING TIME FROM
16 |   v.                             ) MARCH 26, 2008 TO MAY 7, 2008 FROM
                                      ) THE SPEEDY TRIAL ACT
17 | OSIEL VERGARA-PEREZ,             ) CALCULATION (18 U.S.C.
                                      ) § 3161(h)(8)(A))
18 |      Defendant.                  )
                                      )
19 |_____    )

20

21     The parties stipulate that the time between March 26, 2008 and May 7, 2008 is excluded

22  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28  //

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: March 26, 2008                JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        ____/s/_____
                                        BENJAMIN T. KENNEDY
                                        Assistant United States Attorney


                                        ____/s/_____
                                        MANUEL ARAUJO
                                        Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 26, 2008 and May 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:                                                      _____
                                                            JEREMY FOGEL
                                                            UNITED STATES DISTRICT JUDGE