JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EVERARDO VALENZUELA-RUIZ, <br><br> Defendant. | No.   CR 07-00598 JF <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 2, 2008 TO APRIL 23, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

   The parties stipulate that the time between April 2, 2008 and April 23, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

18 U.S.C. § 3161(h)(8)(A).

DATED: April 4, 2008                                JOSEPH P. RUSSONIELLO
                                                    United States Attorney


                                                    _____/s/_____
                                                    BENJAMIN T. KENNEDY
                                                    Assistant United States Attorney


                                                    _____/s/_____
                                                    MANUEL ARAUJO
                                                    Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between April 2, 2008 and April 23, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 4/8/08
 nunc pro tunc to 4/2/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE