## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, April 23, 2008
**Case Number:** CR-07-00598-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**     **UNITED STATES OF AMERICA V. EVERARDO VALENZUELA-RUIZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Everardo Valenzuela-Ruiz |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Manuel Araujo |

---

PROCEEDINGS:

Disposition hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information (open plea). Continued to 8/6/08 at 9:00 a.m. for sentencing.