1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VALENZUELA-RUIZ

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,              )    No. CR 07-00598- JF
                                            )
13 |           Plaintiff,                   )    **STIPULATION TO CONTINUE**
                                            )    **SENTENCING HEARING TO**
   | v.                                     )    **OCTOBER 29, 2008**
                                            )
14 | EVERARDO VALENZUELA-RUIZ,              )
                                            )
15 |           Defendant.                   )
   |_____)
16
                                  **STIPULATION**
17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

20 scheduled for August 6, 2008, 2008 at 9:00 a.m., may be continued to October 29, 2008 at 9:00

21 a.m.  The defendant, Mr. Valenzuela-Ruiz, on April 23, 2008, entered a guilty plea to one count

22 of violating Title 8, United States Code, §1326.   Due to defense counsel's error, a referral for a

23 probation report was not filed with the probation department.  Because there was no referral, the

24 probation department has not prepared a Presentence Report.  The defendant wants the Court to

25 have all the information which would be made available though the preparation of a Presentence

26 //

STIPULATION TO CONTINUE THE
SENTENCING HEARING
No. CR 07-00598-JF                          1

1  Report.  Therefore, a continuance of the sentencing hearing to October 29, 2008, is requested.

2  On July 22, 2008, defense counsel spoke to United States Probation Officer Ben Flores,

3  who informed defense counsel that his office has no objection to the date so long as it was on or

4  after October 25, 2008.

5  Dated: July 22, 2008

6  _____/S/_____
   MANUEL U. ARAUJO
   Assistant Federal Public Defender

7

8  Dated: July 22, 2008

9  _____/S/_____
   CHAD M. MANDELL,
   Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE THE
SENTENCING HEARING
No. CR 07-00598-JF                                    2