IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00598- JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING** |
| v. ) | **SENTENCING HEARING TO** |
| ) | **OCTOBER 29, 2008** |
| EVERARDO VALENZUELA-RUIZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from August 6, 2008, to October 29, 2008 at 9:00 a.m.

Dated: July ___, 2008

_____
JEREMY FOGEL,
United States District Judge