IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00598- JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | SENTENCING HEARING TO |
| | ) | OCTOBER 29, 2008 |
| EVERARDO VALENZUELA-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from August 6, 2008, to October 29, 2008 at 9:00 a.m.

Dated: July 24, 2008

_____
JEREMY FOGEL,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00001-RMW                1