AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
~~Osiel Vergara-Perez~~
Everardo Valenzuela-Ruiz

## WAIVER OF INDICTMENT

CASE NUMBER: 07 00598 JF

I, Everardo Valenzuela-Ruiz ~~Osiel Vergara-Perez~~, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___Sept 20   2007___ prosecution by indictment and consent that the pro-
                        *Date*
ceeding may be by information rather than by indictment.

*Everardo Valenzuela*
Defendant

*[signature]*
Counsel for Defendant

Before *Patricia V. Trumbull*
       Judicial Officer