BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VALENZUELA-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>               Plaintiff,           )<br>                                    )<br>       v.                           )<br>                                    )<br> EVERARDO VALENZUELA-RUIZ,           )<br>                                    )<br>               Defendant.           )<br> _____) | No. CR 07-00598- JF<br><br>[PROPOSED] ORDER CONTINUING SENTENCING HEARING TO DECEMBER 3, 2008 |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from October 29, 2008 to December 3, 2008, at 9:00 a.m.

Dated: October  28 , 2008

_____
JEREMY FOGEL,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00001-RMW                    1