BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant VALENZUELA-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00598- JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| v. | ) | **SENTENCING HEARING TO** |
| | ) | **DECEMBER 10, 2008** |
| EVERARDO VALENZUELA-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from December 3, 2008 to December 10, 2008, at 9:00 a.m.

Dated: ~~November~~ December 4, 2008
 nunc pro tunc to 12/3/08

_____
JEREMY FOGEL,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00001-RMW                               1